**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1563**

_____

JAMES R. WILLIAMS,

Plaintiff - Appellant,

v.

BANK OF AMERICA; FREEDOM MORTGAGE CORPORATION,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00374-DJN)

_____

Submitted:  October 8, 2024                                   Decided:  October 23, 2024

_____

Before WYNN, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James R. Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Williams appeals the district court's order denying Williams' motion to reopen his case after the court previously dismissed Williams' complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Bank of Am.*, No. 3:23-cv-00374-DJN (E.D. Va. May 29, 2024). We also deny Williams' pending motion for relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*